# EXHIBIT "A"

## Case 16-2016-CA-003729-XXXX-MA

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 5/31/2016 8:27:58 PM |
| Judge Name | SALVADOR, TATIANA | Officer | |
| Private Attorney | Drach, Justin Seth | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| KEITH BYRD | PLAINTIFF / M | 11549 TORI LANE JACKSONVILLE, FL32218 |
| UNIVERSAL HEALTH SERVICES, INC. | DEFENDANT / | 367 S. GULPH ROAD KING OF PRUSSIA, PA19406 |
| PREMIER BEHAVIORAL SOLUTIONS, INC. | DEFENDANT / | 367 S. GULPH ROAD KING OF PRUSSIA, PA19406 |
| TBJ BEHAVIORAL CENTER, LLC | DEFENDANT / | 6300 BEACH BOULEVARD JACKSONVILLE, FL32216 |
| RIVER POINT BEHAVIORAL HEALTH | DEFENDANT / | 6300 BEACH BOULEVARD JACKSONVILLE, FL32216 |
| PRADEEP ARORA, M.D. | DEFENDANT / | 8130 BAYMEADOWS CIRCLE ,WEST SUITE 109 JACKSONVILLE, FL32256 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Drach, Justin Seth Private Attorney (103016) | 5262 Commissioners Dr Jacksonville, FL322240885 | KEITH BYRD (PLAINTIFF) |
| Ramsey, Richard Edward Private Attorney (715026) | 50 N Laura St Ste 2700 Jacksonville, FL322023675 | PRADEEP ARORA, M.D. (DEFENDANT) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 06/01/2016 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 06/01/2016 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 06/01/2016 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 06/01/2016 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |
| 06/01/2016 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 06/01/2016 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |

## Dockets

| Line | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | – | 5/31/2016 6/1/2016 | COVER SHEET | 2 | Available VOR, Ready to view |
| 2 | – | 5/31/2016 6/1/2016 | COMPLAINT | 10 | Available VOR, Ready to view |
| 3 | – | 5/31/2016 6/1/2016 | SUMMONS ISSUED -UNIVERSAL HEALTH SERVICES, INC. | 2 | Available VOR, Ready to view |
| 4 | – | 5/31/2016 6/1/2016 | SUMMONS ISSUED -PREMIER BEHAVIORAL SOLUTIONS, INC. | 2 | Request Processing View on request |
| 5 | – | 5/31/2016 6/1/2016 | SUMMONS ISSUED -TBJ BEHAVIORAL CENTER, LLC | 2 | Request Processing View on request |
| 6 | – | 5/31/2016 6/1/2016 | SUMMONS ISSUED -RIVER POINT BEHAVIROAL HEALTH | 2 | Available VOR, Ready to view |
| 7 | – | 5/31/2016 6/1/2016 | SUMMONS ISSUED -PRADEEP ARORA, M.D. | 2 | Available VOR, Ready to view |
| 8 | – | 5/31/2016 6/1/2016 | OTHER CIRCUIT CIVIL – OTHER | | |
| 9 | – | 6/1/2016 6/1/2016 | CASE FEES PAID: $451.00 ON RECEIPT NUMBER 2680400 | 1 | Available Public access |
| 10 | – | 6/1/2016 6/1/2016 | DEMAND FOR JURY TRIAL | | |
| 11 | – | 6/8/2016 6/9/2016 | SUMMONS RETURNED INDICATING SERVICE ON PREMIER BEHAVIORAL SOLUTIONS, INC (DONNA MOCK) 06/03/2016 | 3 | Available Public access |
| 12 | – | 6/8/2016 6/9/2016 | SUMMONS RETURNED INDICATING SERVICE ON TBJ BEHAVIORAL CENTER, LLC (DONNA MOCK) 06/03/2016 | 3 | Available |

| | | | | | | Public access |
|---|---|---|---|---|---|---|
| 13 | -- | 6/10/2016<br>6/10/2016 | SUMMONS RETURNED INDICATING SERVICE ON 06/09/2016 AT 11:05 PM TO RIVER POINT BEHAVIORAL HEALTH | 3 | | **Available**<br>Public access |
| 14 | -- | 6/15/2016<br>6/16/2016 | SUMMONS RETURNED INDICATING SERVICE PRADEEP ARORA M.D. 06/14/2016 | 3 | | **Available**<br>Public access |
| 15 | -- | 6/22/2016<br>6/23/2016 | NOTICE OF APPEARANCE OF COUNSEL -PRADEEP ARORA, M.D. | 1 | | **Available**<br>Public access |
| 16 | -- | 6/22/2016<br>6/23/2016 | DESIGNATION OF CURRENT MAILING AND E-MAIL ADDRESS | 1 | | **Available**<br>VOR, Ready to view |
| 17 | -- | 6/22/2016<br>6/23/2016 | MOTION TO DISMISS (DEFENDANT, PRADEEP ARORA, M.D.'S) | 4 | | **Available**<br>VOR, Ready to view |
| 18 | -- | 6/23/2016<br>6/24/2016 | REQUEST TO PRODUCE /ATTY DEFT ARORA | 9 | | **Available**<br>VOR, Ready to view |
| 19 | -- | 6/23/2016<br>6/24/2016 | NOTICE OF SERVICE OF INTERROGATORIES /ATTY DEFT PRADEE[ ARORA M.D. | 1 | | **Available**<br>VOR, Ready to view |

16-2016-CA-003729-XXXX-MA

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

      Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

      Defendants.

_____/

**SUMMONS: Service On Corporation**
**IMPORTANT**

TO:  PREMIER BEHAVIORAL SOLUTIONS, INC.
     C/O C T CORPORATION SYSTEM
     1200 SOUTH PINE ISLAND ROAD
     PLANTATION, FL 33324

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.**  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____Jun 01_____, 2016.   RONNIE FUSSELL
                                   CLERK OF THE COURT
                                   Duval County, Florida
                                   By: _____
                                   As Deputy Clerk

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/01/2016 04:31:32 PM

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de record an la guia telefonica. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

16-2016-CA-003729-XXXX-MA

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

Defendants.

_____/

## SUMMONS: Service On Limited Liability Company
## IMPORTANT

TO: TBJ BEHAVIORAL CENTER, LLC
C/O C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

## THE STATE OF FLORIDA
## TO EACH SHERIFF OF THE STATE:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____ Jun 01 _____ , 2016.  RONNIE FUSSELL
CLERK OF THE COURT
Duval County, Florida
By: _____
As Deputy Clerk

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/01/2016 04:31:32 PM

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you.  Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at <u>crtintrp@coj.net</u> or (904) 255-1695 <u>at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days;</u> if you are hearing or voice impaired, call 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

16-2016-CA-003729-XXXX-MA

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

        Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

        Defendants.

_____/

**SUMMONS**
**IMPORTANT**

TO:  RIVER POINT BEHAVIORAL HEALTH
     6300 BEACH BOULEVARD
     JACKSONVILLE, FL 32216

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case. **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____ Jun 01 _____ , 2016.   RONNIE FUSSELL
                                     CLERK OF THE COURT
                                     Duval County, Florida
                                     By: _____
                                         As Deputy Clerk

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/01/2016 04:31:32 PM

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 <u>at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days</u>; if you are hearing or voice impaired, call 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

16-2016-CA-003729-XXXX-MA

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Keith Byrd</u>
Plaintiff
      vs.
<u>Universal Health Services, Inc., Premier Behavioral Solutions, Inc., TBJ Behavioral Center, LLC, River Point</u>
<u>Behavioral Health, Pradeep Arora, M.D.</u>
Defendant

II.    **TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
      ☐   Business governance
      ☐   Business torts
      ☐   Environmental/Toxic tort
      ☐   Third party indemnification
      ☐   Construction defect
      ☐   Mass tort
      ☐   Negligent security
      ☐   Nursing home negligence
      ☐   Premises liability – commercial
      ☐   Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐   Commercial foreclosure $0 - $50,000
      ☐   Commercial foreclosure $50,001 - $249,999
      ☐   Commercial foreclosure $250,000 or more
      ☐   Homestead residential foreclosure $0 – 50,000
      ☐   Homestead residential foreclosure $50,001 -
            $249,999
      ☐   Homestead residential foreclosure $250,000 or
            more
      ☐   Non-homestead residential foreclosure $0 -
            $50,000
      ☐   Non-homestead residential foreclosure
            $50,001 - $249,999

☐   Non-homestead residential foreclosure
      $250,00 or more
☐   Other real property actions $0 - $50,000
☐   Other real property actions $50,001 - $249,999
☐   Other real property actions $250,000 or more

☐   Professional malpractice
      ☐   Malpractice – business
      ☐   Malpractice – medical
      ☐   Malpractice – other professional
☒   Other
      ☐   Antitrust/Trade Regulation
      ☐   Business Transaction
      ☒   Circuit Civil - Not Applicable
      ☐   Constitutional challenge-statute or
            ordinance
      ☐   Constitutional challenge-proposed
            amendment
      ☐   Corporate Trusts
      ☐   Discrimination-employment or other
      ☐   Insurance claims
      ☐   Intellectual property
      ☐   Libel/Slander
      ☐   Shareholder derivative action
      ☐   Securities litigation
      ☐   Trade secrets
      ☐   Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.  **REMEDIES SOUGHT** (check all that apply):
- ☒  Monetary;
- ☐  Non-monetary
- ☐  Non-monetary declaratory or injunctive relief;
- ☐  Punitive

IV.  **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

    <u>3</u>

V.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐  Yes
- ☒  No

VI.  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒  No
- ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.  **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒  Yes
- ☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Justin Seth Drach</u>    FL Bar No.: <u>103016</u>
    Attorney or party                            (Bar number, if attorney)

<u>Justin Seth Drach</u>    <u>06/01/2016</u>
    (Type or print name)                        Date

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

      Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

      Defendants.

_____/

## SUMMONS: Service On Corporation
## IMPORTANT

TO: UNIVERSAL HEALTH SERVICES, INC.
     C/O C T CORPORATION SYSTEM
     1200 SOUTH PINE ISLAND ROAD
     PLANTATION, FL 33324

    A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case. **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

## THE STATE OF FLORIDA
## TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____Jun 01_____, 2016.   RONNIE FUSSELL
                                 CLERK OF THE COURT
                                 Duval County, Florida
                                 By: _____
                                     As Deputy Clerk

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 <u>at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days</u>; if you are hearing or voice impaired, call 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

16-2016-CA-003729-XXXX-MA

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

        Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

        Defendants.

_____/

### SUMMONS
### IMPORTANT

TO:  RIVER POINT BEHAVIORAL HEALTH
     6300 BEACH BOULEVARD
     JACKSONVILLE, FL 32216

      A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case. **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

      YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____Jun 01_____, 2016.  RONNIE FUSSELL
                              CLERK OF THE COURT
                              Duval County, Florida
                              By: _____
                                As Deputy Clerk

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you.  Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at <u>crtintrp@coj.net</u> or (904) 255-1695 <u>at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days</u>; if you are hearing or voice impaired, call 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

16-2016-CA-003729-XXXX-MA

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

      Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

      Defendants.

_____/

### SUMMONS: Service On Individual
### IMPORTANT

TO:  PRADEEP ARORA, M.D
      8130 Baymeadows Circle ,West
      Suite 109
      Jacksonville, FL 32256

      A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202.* A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case. **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

### THE STATE OF FLORIDA
### TO EACH SHERIFF OF THE STATE:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____Jun 01_____, 2016.  RONNIE FUSSELL
                                  CLERK OF THE COURT
                                  Duval County, Florida
                                  By: _____
                                      As Deputy Clerk

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 <u>at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days</u>; if you are hearing or voice impaired, call 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.



**RONNIE FUSSELL**

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

**RECEIPT**
2680400

Printed on:
06/01/2016  4:31 PM
Page 1 of 1

| Receipt Number: 2680400  - Date 06/01/2016     Time  4:31 PM | | | |
|---|---|---|---|
| **Received of:** | Justin Seth Drach 5262 Commissioners Drive Jacksonville, FL 32224 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 451.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 451.00 |
| **Receipt ID:** | 5907058 | **Remaining Balance Owed:** | 0.00 |
| **Division:** | CV-G (Circuit) | | |

| Case# 16-2016-CA-003729-XXXX-MA — Plaintiff: BYRD, KEITH | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 451.00 | 451.00 | 0.00 |
| **Case Total** | 451.00 | 451.00 | 0.00 |

| Payments: | | |
|---|---|---|
| **Type:** | **Ref#:** | **Amount:** |
| EFILING | 15754419 | 451.00 |
| **Total Received** | | 451.00 |
| **Total Paid** | | 451.00 |

## The Clerk of Courts is here to help you.

| We can be found online at: | WWW.DUVALCLERK.COM |
|---|---|
| The main courthouse Location is: | Clerk of the Circuit and County Courts Duval County, Florida 501 West Adams Street Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: Neptune Beach Courthouse Annex 1543 Atlantic Blvd Neptune Beach, Florida 32266 | |

Filing # 42507870 E-Filed 06/08/2016 10:38:23 PM

## VERIFIED RETURN OF SERVICE

**State of Florida**          **County of Duval**          **Circuit Court**

Case Number: 16-2016-CA-003729-XXXX-MA

JGS2020182577

Plaintiff:
KEITH BYRD,

vs.

Defendant:
UNIVERSAL HEALTH SERVICES, INC., PREMIER BEHAVIORAL
SOLUTIONS, INC., TBJ BEHAVIORAL CENTER, LLC, all d/b/a RIVER
POINT BEHAVIORAL HEALTH, PRADEEP ARORA, M.D., JOHN DOES
1-5 and JANE DOES 1-5,

For:
JUSTIN SETH DRACH, ESQUIRE
JUSTIN SETH DRACH, P.A.
5262 COMMISSIONERS DRIVE
JACKSONVILLE, FL 32224

Received by COURTESY FLORIDA PROCESS SERVERS 365 on the 2nd day of June, 2016 at 5:00 pm to be
served on PREMIER BEHAVIORAL SOLUTIONS, INC. By serving CT Corporation Systems as it's statutory
registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324.

I, Andrews Krap, do hereby affirm that on the 3rd day of June, 2016 at 3:25 pm, I:

served a REGISTERED AGENT by delivering a true copy of the SUMMONS AND COMPLAINT with the date and
hour of service endorsed thereon by me, to: Donna Mock as Registered Agent at the address of: 1200 S. Pine
Island Road, Suite 240, Plantation, FL 33324 on behalf of PREMIER BEHAVIORAL SOLUTIONS, INC., and
informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and
correct, that I am a sheriff  appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the  JUDICIAL
CIRCUIT in which service was effected in accordance with Florida Statutes, and have no interest in the above
action pursuant to F.S. 92.525 ( 2 ).

**Andrews Krap**
ASPS # 260

**COURTESY FLORIDA PROCESS SERVERS 365**
**Payment Center**
P.O. Box 40-3621
Miami Beach, FL 33140
(888) 319-3160
Our Job Serial Number: JGS-2020182577

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

16-2016-CA-003729-XXXX-MA

3 : 25₨

6/3/16

_OH #z60_

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

       Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

       Defendants.

_____/

## SUMMONS: Service On Corporation
### IMPORTANT

TO:  PREMIER BEHAVIORAL SOLUTIONS, INC.
     C/O C T CORPORATION SYSTEM
     1200 SOUTH PINE ISLAND ROAD
     PLANTATION, FL 33324

     A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your **wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

### THE STATE OF FLORIDA
### TO EACH SHERIFF OF THE STATE:

     YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____Jun 01_____, 2016.  RONNIE FUSSELL
                                  CLERK OF THE COURT
                                  Duval County, Florida
                                  By: _____
                                    As Deputy Clerk

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 42507870 E-Filed 06/08/2016 10:38:23 PM

## VERIFIED RETURN OF SERVICE

| State of Florida | County of Duval | Circuit Court |
|---|---|---|

Case Number: 16-2016-CA-003729-XXXX-MA

JGS2020182578

Plaintiff:
**KEITH BYRD,**

vs.

Defendant:
**UNIVERSAL HEALTH SERVICES, INC., PREMIER BEHAVIORAL
SOLUTIONS, INC., TBJ BEHAVIORAL CENTER, LLC, all d/b/a RIVER
POINT BEHAVIORAL HEALTH, PRADEEP ARORA, M.D., JOHN DOES
1-5 and JANE DOES 1-5,**

For:
JUSTIN SETH DRACH, ESQUIRE
JUSTIN SETH DRACH, P.A.
5262 COMMISSIONERS DRIVE
JACKSONVILLE, FL 32224

Received by COURTESY FLORIDA PROCESS SERVERS 365 on the 2nd day of June, 2016 at 5:00 pm to be
served on TBJ BEHAVIORAL CENTER, LLC By serving CT Corporation Systems as it's statutory registered
agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324.

I, Andrews Krap, do hereby affirm that on the 3rd day of June, 2016 at 3:25 pm, I:

served a REGISTERED AGENT by delivering a true copy of the SUMMONS AND COMPLAINT with the date and
hour of service endorsed thereon by me, to: Donna Mock as Registered Agent at the address of: 1200 S. Pine
Island Road, Suite 240, Plantation, FL 33324 on behalf of TBJ BEHAVIORAL CENTER, LLC, and informed
said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and
correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the JUDICIAL
CIRCUIT in which service was effected in accordance with Florida Statutes, and have no interest in the above
action pursuant to F.S. 92.525 ( 2 ).

**Andrews Krap**
ASPS # 260

**COURTESY FLORIDA PROCESS SERVERS 365
Payment Center**
P.O. Box 40-3621
Miami Beach, FL 33140
(888) 319-3160
Our Job Serial Number: JGS-2020182578

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/09/2016 09:52:47 AM

16-2016-CA-003729-XXXX-MA

3:25pm
6/3/16
QA4260

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

       Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

       Defendants.

_____/

### SUMMONS: Service On Limited Liability Company
### IMPORTANT

TO:  TBJ BEHAVIORAL CENTER, LLC
    C/O C T CORPORATION SYSTEM
    1200 SOUTH PINE ISLAND ROAD
    PLANTATION, FL 33324

      A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
**Plaintiff's Attorney**
**5262 Commissioners Drive**
**Jacksonville, Florida 32224**
**904-306-1355 (facsimile)**
**justindrach@drachlaw.com**
**Florida Bar No.: 103016**

### THE STATE OF FLORIDA
### TO EACH SHERIFF OF THE STATE:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____ Jun 01 _____ , 2016.  RONNIE FUSSELL
                             CLERK OF THE COURT
                             Duval County, Florida
                             By: _____
                                As Deputy Clerk

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you.  Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 42589522 E-Filed 06/10/2016 01:19:49 PM

# RETURN OF SERVICE

State of Florida                    County of Duval                    4th Judicial Circuit Civil Court

Case Number: 16-2016-CA-3729-XXXX-MA/DIVISION: CV-G

PLAINTIFF:
KEITH BYRD

vs.

DEFENDANTS:
UNIVERSAL HEALTH SERVICES, INC., PREMIER BEHAVIORAL
SOLUTIONS, INC., TJB BEHAVIOR CENTER, LLC, all d/b/a RIVER
POINT BEHAVIORAL HEALTH, PRADEEP ARORA, M.D., JOHN
DOES 1-5, and JANE DOES 1-5

For:
Justin Drach
THOELE DRACH
5262 Commissioners Drive
Jacksonville, FL 32224

Received by RTI ETC on the 2nd day of June, 2016 at 3:00 pm to be served on RIVER POINT
BEHAVIORAL HEALTH, 6300 BEACH BOULEVARD, JACKSONVILLE, Duval County, FL 32216.

I, RONALD E TAYLOR, do hereby affirm that on the 9th day of June, 2016 at 11:05 am, I:

served a Designated Employee by delivering a true copy of the SUMMONS AND COMPLAINT with
the date and hour of service endorsed thereon by me, to: DONNA MCGINLEY as ASSISTANT
ADMINISTRATOR IN HER REP. CAPACITY at the address of: RIVER POINT BEHAVIORAL HEALTH,
6300 BEACH BOULEVARD, JACKSONVILLE, Duval County, FL 32216, who stated they are
authorized to accept service for RIVER POINT BEHAVIORAL HEALTH, and informed said person of
the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and a duly appointed Special
Process Server, in good standing, pursuant to Florida Statue 48.021 (2).

RONALD E TAYLOR
LICENSE #35

RTI ETC
P.O. Box 600253
St. Johns, FL 32260
(904) 524-8189

Our Job Serial Number: RET-2016000849

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/10/2016 05:26:22 PM

16-2016-CA-003729-XXXX-MA

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

          Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

          Defendants.

_____/

## SUMMONS
## IMPORTANT

TO:  RIVER POINT BEHAVIORAL HEALTH
      6300 BEACH BOULEVARD
      JACKSONVILLE, FL 32216

     A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
·904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

     YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED:_____Jun 01_____, 2016.   RONNIE FUSSELL
                                  CLERK OF THE COURT
                                  Duval County, Florida
                                  By:_____
                                      As Deputy Clerk

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/01/2016 04:31:32 PM

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours conseou-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 42791597 E-Filed 06/15/2016 03:45:31 PM

# RETURN OF SERVICE

**State of Florida**            **County of Duval**            **4th Judicial Circuit Civil Court**

Case Number: 16-2016-CA-3729-XXXX-MA/DIVISION: CV-G

PLAINTIFF:
**KEITH BYRD**

vs.

DEFENDANTS:
**UNIVERSAL HEALTH SERVICES, INC., PREMIER BEHAVIORAL
SOLUTIONS, INC., TJB BEHAVIOR CENTER, LLC, all d/b/a RIVER
POINT BEHAVIORAL HEALTH, PRADEEP ARORA, M.D., JOHN
DOES 1-5, and JANE DOES 1-5**

 ORIGINAL

For:
Justin Drach
THOELE DRACH
5262 Commissioners Drive
Jacksonville, FL 32224

Received by RTI ETC on the 2nd day of June, 2016 at 3:00 pm to be served on PRADEEP ARORA, M.D.,
8130 BAYMEADOWS CIRCLE WEST, SUITE 109, JACKSONVILLE, Duval County, FL 32256.

I, RONALD E TAYLOR, do hereby affirm that on the 14th day of June, 2016 at 12:20 pm, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the SUMMONS AND COMPLAINT
with the date and hour of service endorsed thereon by me, to: PRADEEP ARORA, M.D. at the address of:
OFFICE OF PRADEEP ARORA, M.D., 8130 BAYMEADOWS CIRCLE WEST, SUITE 109,
JACKSONVILLE, Duval County, FL 32256, and informed said person of the contents therein, in
compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and a duly appointed Special
Process Server, in good standing,pursuant to Florida Statue 48.021 (2).

RONALD E TAYLOR
LICENSE #35

RTI ETC
P.O. Box 600253
St. Johns, FL 32260
(904) 524-8189

Our Job Serial Number: RET-2016000850

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

16-2016-CA-003729-XXXX-MA

Filing # 42158790 E-Filed 05/31/2016 08:27:58 PM

IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:
Division:

KEITH BYRD,

        Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC, all d/b/a
RIVER POINT BEHAVIORAL HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

        Defendants.

_____/

**SUMMONS: Service On Individual**
**IMPORTANT**

TO: PRADEEP ARORA, M.D
    8130 Baymeadows Circle ,West
    Suite 109
    Jacksonville, FL 32256

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this circuit court, located at: *501 W. Adams Street, Jacksonville, Florida 32202*. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Justin Seth Drach, Esquire**
Plaintiff's Attorney
5262 Commissioners Drive
Jacksonville, Florida 32224
904-306-1355 (facsimile)
justindrach@drachlaw.com
Florida Bar No.: 103016

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

    YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named Defendant.

DATED: _____ Jun 01 _____ , 2016.  RONNIE FUSSELL
                               CLERK OF THE COURT
                               Duval County, Florida
                               By: _____
                                  As Deputy Clerk

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/01/2016 04:31:32 PM

If the party serving summons has designated e-mail address(es) for service or is represented by an attorney, you may designate e-mail address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be served at the address on record at the clerk's office.

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 43112991 E-Filed 06/22/2016 05:19:17 PM

82630-10/crs/4831907
IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA

KEITH BYRD                                    CIRCUIT CIVIL DIVISION

      Plaintiff,                        CASE NO. 16-2016-CA-003729

vs.

UNIVERSAL HEALTH SERVICES,
INC.,
PREMIER BEHAVIORAL
SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC,
all d/b/a
RIVER POINT BEHAVIORAL
HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

      Defendants
_____/

## NOTICE OF APPEARANCE

PLEASE take notice that Richard E. Ramsey and Job W. Fickett of the law firm

of WICKER SMITH O'HARA MCCOY & FORD, P.A., enter an appearance in the

above styled case on behalf of PRADEEP ARORA, M.D.

WE HEREBY CERTIFY that a copy hereof has been electronically served via
Florida ePortal to: Justin Seth Drach, Esquire, justindrach@drachlaw.com, on this
_____ day of June, 2016.

/s/ Richard E. Ramsey
Richard E. Ramsey, Esquire
Florida Bar No. 715026
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for PRADEEP ARORA, M.D.
50 N. Laura Street
Suite 2700
Jacksonville, FL 32202
Phone: (904) 355-0225
Fax: (904) 355-0226
jaxcrtpleadings@wickersmith.com

Filing # 43112991 E-Filed 06/22/2016 05:19:17 PM

82630-10/crs/48321902
IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL
COUNTY, FLORIDA

KEITH BYRD                                    CIRCUIT CIVIL DIVISION

    Plaintiff,                            CASE NO. 16-2016-CA-003729

vs.

UNIVERSAL HEALTH SERVICES,
INC.,
PREMIER BEHAVIORAL
SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC,
all d/b/a
RIVER POINT BEHAVIORAL
HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

    Defendants.
_____/

### DESIGNATION OF E-MAIL ADDRESS
### PURSUANT TO RULE 2.516

      Attorneys for Defendant, PRADEEP ARORA, M.D., hereby designate, pursuant

to Rule 2.516, the following e-mail address for the purpose of service of all documents

required to be served pursuant to Rule 2.516 in this proceeding:

      Primary E-Mail Address:    jaxcrtpleadings@wickersmith.com

      WE HEREBY CERTIFY that a copy hereof has been electronically served via
Florida ePortal to; Justin Seth Drach, Esquire, justindrach@drachlaw.com, on this
_____ day of June, 2016.

                         /s/ Richard E. Ramsey
                         Richard E. Ramsey, Esquire
                         Florida Bar No. 715026
                         WICKER SMITH O'HARA MCCOY & FORD, P.A.
                         Attorneys for PRADEEP ARORA, M.D.,
                         50 N. Laura Street
                         Suite 2700
                         Jacksonville, FL 32202
                         Phone: (904) 355-0225
                         Fax: (904) 355-0226
                         jaxcrtpleadings@wickersmith.com

Filing # 43169380 E-Filed 06/23/2016 05:08:39 PM

82630-10/50849293

IN THE CIRCUIT COURT, FOURTH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

KEITH BYRD                                    CASE NO. 16-2016-CA-003729
                                              Division CV-G

    Plaintiff,

vs.

UNIVERSAL HEALTH SERVICES,
INC.,
PREMIER BEHAVIORAL
SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER, LLC,
all d/b/a
RIVER POINT BEHAVIORAL
HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

    Defendants
_____/

## ARORA'S REQUEST TO PRODUCE TO PLAINTIFF

PURSUANT to Rule 1.350, Fla. R. Civ. P., the Plaintiff, Keith Byrd, is hereby

requested to produce to the Defendant, Pradeep Arora, M.D., in the time required by Rule

1.350, at the offices of the undersigned counsel, the following:

1.    Federal Income Tax Returns and W-2 Forms for the past five years
including individual and joint tax returns.

2.    Federal Income Tax Returns for the past five years filed for any business
or corporation that the Plaintiff has or had an ownership or financial
interest.

3.    A complete copy of the front and back sides of any and all health
insurance cards or any type of insurance benefit card.

4.    A color copy of the front and back of your driver's license.

5.    A color copy of all pages contained within your passport, including the
front and back sides of the cover.

CASE NO. 16-2016-CA-003729  Division CV-G

6.     All medical bills, doctor bills, hospital bills, drug bills, nursing bills, ambulance bills, and bills for similar expenses incurred as a result of and related to the injuries which are or may be the subject matter of this lawsuit.

7.   Please provide a copy of each Notice of Intent and corroborating expert affidavit that you served upon:

      A.     Dr. Arora;

      B.     Universal Health Services, Inc.;

      C.     Premier Behavioral Solutions, Inc.;

      D.     TBJ Behavioral Center, LLC;

      E.     River Point Behavioral Health;

      F.     Any other healthcare provider.

8.     Laser color copies of any and all photographs in the possession of the Plaintiff, Plaintiff's attorneys, investigators, agents, servants, or employees which are in any manner related to the subject matter of this lawsuit, specifically including but not limited to all photographs of the parties, or the scene of the subject accident or incident.  If none in your possession, but the item(s) exist, please so state, including the name and address of the party who maintains possession.

9.     Laser copies of all photographs depicting any change in the physical appearance of the Plaintiff that was allegedly caused by the act or acts of the Defendants.

10.    Any and all videos in the possession of the Plaintiff, Plaintiff's attorneys, investigators, agents, servants, or employees which are in any manner related to the subject matter of this lawsuit, specifically including but not limited to all videos, videos or "day in the life" videos of the parties, or the scene of the subject accident or incident. If none in your possession, but the item(s) exist, please so state, including the name and address of the party who maintains possession.

11.    All medical reports received by the Plaintiff, Plaintiff's attorneys, investigators, agents, servants, or employees, from doctors, physicians or anyone else who has examined or rendered treatment to the Plaintiff(s), for

CASE NO. 16-2016-CA-003729  Division CV-G

injuries incurred as a result of the accident or incident which is the subject matter of this lawsuit.

12. All medical and hospital records for the Plaintiff for the past five years.

13. All letters of protection issued to each and every treating physician.

14. All documentary evidence of benefits or payments made to the Plaintiff or on Plaintiff behalf pursuant to Florida Statute.

15. All documents reflecting payments made to Plaintiff or on their behalf, as a result of the incident and/or damages that are the subject of this case by the following:

    A.    The United States Social Security Act; any Federal State or Local Disability Act; any other public programs providing medical benefits or payment for medical expenses, disability or other similar benefits.

    B.    Any health, sickness or disability income insurance or other similar insurance benefits.

    C.    Any contract or agreements of any group, organization, partnership or corporation to provide, pay for or reimburse costs of hospital, medical or other health care services.

    D.    Any contractual or voluntary wage continuation plan provided by any employers or the Plaintiff or any other system intended to provide wages during any period of alleged disability of the Plaintiff.

    E.    Any other collateral source whatsoever providing compensation as a result of the damages incurred as a result of the incident or incidents which are the subject of this claim.

16. Any audio recordings that are in any manner related to the subject matter of this lawsuit.

17. All statements made by this Defendant, its agents or employees, that are in the possession or control of Plaintiff or Plaintiff's attorneys, servants, employees or agents regarding the incident complained of or in any way relating to the issues raised by the Complaint.

3

CASE NO. 16-2016-CA-003729  Division CV-G

18.    All reports received from any experts the Plaintiff intend to call at the time of trial and copies of all documents the experts have reviewed in preparation for rendering any opinions in this case.

19.    All documents that the experts have reviewed in arriving at their opinions in this case. (This request only relates to experts Plaintiff intend to call at trial to testify.)

20.    All other documents in the possession or control of the Plaintiff that support the Plaintiff's claims that the Defendants are liable for the damages being claimed in this case.

21.    Any and all notices of intent to collect damages from the tort-feasor directed towards any provider of collateral source payments pursuant to Florida Statute §768.76(6). Please also include proof that the notice was sent by certified or registered mail.

22.    Any statements from providers of collateral source payments that assert a right to subrogation or reimbursement pursuant to Florida Statute §768.76(7).

23.    Any correspondence sent to or received by the Plaintiff from any Defendant. This request does not include any correspondence with any attorneys and is strictly limited to any correspondence between the named parties in this litigation.

                a.    The Plaintiff's Social Security Personal Earnings and Benefits Statement is attached;
                b.    Attached please find an authorization for the release of social security disability records. Please execute both and return them with your response.

24.    Please produce a copy of any and all statements or writings of any type generated by:

        A.    Universal Health Services, Inc.;

        B.    Premier Behavioral Solutions, Inc.;

        C.    TBJ Behavioral Center, LLC;

        D.    River Point Behavioral Health;

4

CASE NO. 16-2016-CA-003729  Division CV-G

    E.     Pradeep Arora, M.D.

25.    Please produce a copy of all medical records and psychiatric or psychological records in the possession of you or your attorney from Lake City VA Medical Center.

26.    Attached please find an authorization for the release of all medical and psychological records from Lake City VA Medical Center. Please execute it and return it with your response.

27.    Please produce a copy of all written documentation which supports the allegations of paragraph 17 of your Complaint that "racketeering" activity took place.

28.    Please produce a copy of all documentation in the possession of you or your attorney which supports the allegations of paragraph 18 of your Complaint which involves the Defendants maintaining discharge lists of patients whose insurance has run out.

29.    Please produce a copy of all medical and psychological records of the Plaintiff from River Point Behavioral that are in the possession of you or your attorney.

30.    Please produce a copy of all documentation that supports the allegations of paragraphs 21 and 22 of your Complaint where the Defendants allegedly tormented patients and falsified mental health records.

31.    Please produce a copy of the August 5, 2014 ambulance report which reflects your transportation from Lake City VA Medical Center to River Point.

32.    Please produce a copy of all documentation which supports the allegations of paragraph 34 of your Complaint which would prove that conditions precedent to this action have occurred or been waived by the various Defendants.

33.    Any and all settlement agreements and releases with any individual or corporation that in any way relate to or arise out of the allegations that are the subject of this litigation.

5

CASE NO. 16-2016-CA-003729  Division CV-G

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Justin Seth Drach, Esquire, justindrach@drachlaw.com, amandathoele@drachlaw.com; on this 23 day of June , 2016.

/s/ Richard E. Ramsey          FBN 112481
Richard E. Ramsey, Esquire
Florida Bar No. 715026
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Pradeep Arora, M.D.
Wicker, Smith, O'Hara, McCoy & Ford, P.A.
Bank of America Tower, Suite 2700
50 North Laura Street
Jacksonville, FL  32202

6

OMB Number: 2900-0260
Estimated Burden: 3 minutes

| **VA** Department of Veterans Affairs | **REQUEST FOR AND AUTHORIZATION TO RELEASE MEDICAL RECORDS OR HEALTH INFORMATION** |
|---|---|

Privacy Act and Paperwork Reduction Act Information: The execution of this form does not authorize the release of information other than that specifically described below. The information requested on this form is solicited under Title 38, U.S.C. The form authorizes release of information in accordance with the Health Insurance Portability and Accountability Act, 45 CFR Parts 160 and 164, 5 U.S.C. 552a, and 38 U.S.C. 5701 and 7332 that you specify. Your disclosure of the information requested on this form is voluntary. However, if the information including Social Security Number (SSN) (the SSN will be used to locate records for release) is not furnished completely and accurately, Department of Veterans Affairs will be unable to comply with the request. The Veterans Health Administration may not condition treatment, payment, enrollment or eligibility on signing the authorization. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information as outlined in the Privacy Act systems of records notices identified as 24VA10P2 "Patient Medical Record - VA" and in accordance with the Notice of Privacy Practices. You do not have to provide the information to VA, but if you don't, VA will be unable to process your request and serve your medical needs. Failure to furnish the information will not have any affect on any other benefits to which you may be entitled. If you provide VA your Social Security Number, VA will use it to administer your VA benefits. VA may also use this information to identify veterans and persons claiming or receiving VA benefits and their records, and for other purposes authorized or required by law. The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB number. We anticipate that the time expended by all individuals who must complete this form will average 3 minutes. This includes the time it will take to read instructions, gather the necessary facts and fill out the form.

**ENTER BELOW THE PATIENT'S NAME AND SOCIAL SECURITY NUMBER IF THE PATIENT DATA CARD IMPRINT IS NOT USED.**

| TO: DEPARTMENT OF VETERANS AFFAIRS (Print or type name and address of health care facility) | PATIENT NAME (Last, First, Middle Initial) |
|---|---|
| Lake City VA Medical Center | Keith Byrd |
| 619 S. Marion Avenue | **SOCIAL SECURITY NUMBER** |
| Lake City, FL 32025-5808 | |

NAME AND ADDRESS OF ORGANIZATION, INDIVIDUAL OR TITLE OF INDIVIDUAL TO WHOM INFORMATION IS TO BE RELEASED

Wicker, Smith, O'Hara, McCoy & Ford, P.A
50 N Laura Street, Jacksonville, FL 32202

VETERAN'S REQUEST: I request and authorize Department of Veterans Affairs to release the information specified below to the organization, or individual named on this request. I understand that the information to be released includes information regarding the following condition(s):

☐ DRUG ABUSE    ☐ ALCOHOLISM OR ALCOHOL ABUSE    ☐ TESTING FOR OR INFECTION WITH HUMAN IMMUNODEFICIENCY VIRUS (HIV)    ☐ SICKLE CELL ANEMIA

INFORMATION REQUESTED (Check applicable box(es) and state the extent or nature of the information to be disclosed, giving the dates or approximate dates covered by each)

☒ COPY OF HOSPITAL SUMMARY    ☒ COPY OF OUTPATIENT TREATMENT NOTE(S)    ☒ OTHER (Specify)

Any and all medical and psychological/psychiatric records

PURPOSE(S) OR NEED FOR WHICH THE INFORMATION IS TO BE USED BY INDIVIDUAL TO WHOM INFORMATION IS TO BE RELEASED

Pending Litigation

**NOTE: ADDITIONAL ITEMS OF INFORMATION DESIRED MAY BE LISTED ON THE BACK OF THIS FORM**

AUTHORIZATION: I certify that this request has been made freely, voluntarily and without coercion and that the information given above is accurate and complete to the best of my knowledge. I understand that I will receive a copy of this form after I sign it. I may revoke this authorization, in writing, at any time except to the extent that action has already been taken to comply with it. Written revocation is effective upon receipt by the Release of Information Unit at the facility housing the records. Redisclosure of my medical records by those receiving the above authorized information may be accomplished without my further written authorization and may no longer be protected. Without my express revocation, the authorization will automatically expire: (1) upon satisfaction of the need for disclosure; (2) on [ ] (date supplied by patient); (3) under the following condition(s):

I understand that the VA health care practitioner's opinions and statements are not official VA decisions regarding whether I will receive other VA benefits or, if I receive VA benefits, their amount. They may, however, be considered with other evidence when these decisions are made at a VA Regional Office that specializes in benefit decisions.

| DATE (mm/dd/yyyy) | SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT (Attach authority to sign, e.g., POA) |
|---|---|
| | |

| **FOR VA USE ONLY** | |
|---|---|
| IMPRINT PATIENT DATA CARD (or enter Name, Address, Social Security Number) | TYPE AND EXTENT OF MATERIAL RELEASED |
| | |
| | DATE RELEASED / RELEASED BY |

VA FORM
JUL 2013    **10-5345**                    USE EXISTING STOCK OF VA FORM 10-5345, DATED MAY 2005.

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*signifies a required field).
**TO: Social Security Administration**

Keith Byrd
_____
*My Full Name                              *My Date of Birth          *My Social Security Number
                                            (MM/DD/YYYY)

I authorize the Social Security Administration to release information or records about me to:
**\*NAME OF PERSON OR ORGANIZATION:**          **\*ADDRESS OF PERSON OR ORGANIZATION:**

Wicker, Smith, O'Hara, McCoy & Ford, P.A.          50 N Laura Street
_____
                                            Jacksonville, Fl 32202
_____

**\*I want this information released because:**   Pending Litigation
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. [x] Social Security Number
2. [x] Current monthly Social Security benefit amount
3. [x] Current monthly Supplemental Security Income payment amount
4. [x] My benefit or payment amounts from date 01/01/2005 __ to date 6/30/2016
5. [x] My Medicare entitlement from date 01/01/2005 __ to date 6/30/2016
6. [x] Medical records from my claims folder(s) from date 01/01/2005 __ to date 6/30/2016
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. [x] Complete medical records from my claims folder(s)
8. [x] Other record(s) from my file (you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)

   claims history, payout, ledgers, bills (paid or unpaid) applications or denials for benefits from 01/01/2005 to 12/31/2015

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

**\*Signature:** _____          **\*Date:** _____

**\*Address:** _____

**Relationship (if not the subject of the record):** _____          **\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (07-2013) EF (07-2013)

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name:  | K | e | i | t | h |

Middle Initial:

Last Name:  | B | y | r | d |

Social Security Number (SSN)   |   |   | - |   |   | - |   |   |   |     One SSN per request

Date of Birth:  |   |   | / |   |   | / |   |   |   |     Date of Death:  |   |   | / |   |   | / |   |   |   |

Other Name(s) Used
(Include Maiden Name)

2. What kind of earnings information do you need? (Choose ONE of the following types of earnings or SSA must return this request.)

[x] **Itemized Statement of Earnings $136**

(Includes the names and addresses of employers)

If you check this box, tell us why you need this information below.

Year(s) Requested: 2 0 0 5 to 2 0 1 6

Year(s) Requested: 2 0 0 5 to 2 0 1 6

Pending litigation in the 4th Judicial Circuit, Duval County, FL

[ ] Check this box if you want the earnings information CERTIFIED for an additional $56.00 fee.

[ ] **Certified Yearly Totals of Earnings $56**

(Does not include the names and addresses of employers) Yearly earnings totals are FREE to the public if you do not require certification. To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.

Year(s) Requested: |   |   |   | to |   |   |   |

Year(s) Requested: |   |   |   | to |   |   |   |

3. If you would like this information sent to someone else, please fill in the information below.

I authorize the Social Security Administration to release the earnings information to:

| Name | Wicker, Smith, O'Hara, McCoy & Ford, P.A. | | |
|---|---|---|---|
| Address | 50 North Laura Street | State | FL |
| City | Jacksonville | ZIP Code | 32202 |

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

Signature AND Printed Name of Individual or Legal Guardian

SSA must receive this form within 120 days from the date signed

Date:  |   |   | / |   |   | / |   |   |   |

Relationship (if applicable, you must attach proof)

Daytime Phone:

Address

State

City

ZIP Code

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and Street, City, State and ZIP Code) | Address (Number and Street, City, State and ZIP Code) |

Form SSA-7050-F4 (11-2014) EF (11-2014)                    Page 2

Filing # 43169380 E-Filed 06/23/2016 05:08:39 PM

82630-10/crs/4837914

IN THE CIRCUIT COURT, FOURTH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

KEITH BYRD                                     CASE NO. 16-2016-CA-003729
                                               Division CV-G
        Plaintiff,

vs.

UNIVERSAL HEALTH
SERVICES, INC.,
PREMIER BEHAVIORAL
SOLUTIONS, INC.,
TBJ BEHAVIORAL CENTER,
LLC, all d/b/a
RIVER POINT BEHAVIORAL
HEALTH,
PRADEEP ARORA, M.D.,
JOHN DOES 1-5, and
JANE DOES 1-5,

        Defendants
_____/

## ARORA'S NOTICE OF SERVING INTERROGATORIES TO PLAINTIFF

        Defendant, PRADEEP ARORA, M.D., propounds Interrogatories to Keith Bird,

to be responded to within the time and manner prescribed by Florida Rule of Civil

Procedure 1.340.

        WE HEREBY CERTIFY that the signed original of this facesheet has been
electronically served via Florida ePortal, and that an original of the interrogatories along
with a copy of this facesheet have been furnished to Justin Seth Drach, Esquire,
justindrach@drachlaw.com, amandathoele@drachlaw.com; by e-mail on this ___23___
day of June, 2016.

                                        /s/ Richard E. Ramsey        FBN 112481
                                        Richard E. Ramsey, Esquire
                                        Florida Bar No. 715026
                                        WICKER SMITH O'HARA MCCOY & FORD, P.A.
                                        Attorneys for Pradeep Arora, M.D.
                                        50 N. Laura Street
                                        Suite 2700
                                        Jacksonville, FL  32202
                                        Phone: (904) 355-0225
                                        Fax: (904) 355-0226
                                        jaxcrtpleadings@wickersmith.com

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/24/2016 01:37:02 PM